**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**Elmer's Products, Inc.,**

      **Plaintiff,**

**-V-**                                   **Case No. 2:06-cv-00145**
                                             **JUDGE SMITH**
                                           **Magistrate Judge Abel**

**Stanley Fastening Systems LP,**

      **Defendant.**

**<u>ORDER</u>**

      The undersigned Judge hereby **RECUSES** himself from further participation in this case.

      The Clerk shall reassign this case to an active Judge in this Division.

      **IT IS SO ORDERED.**

                                  **/s/ George C. Smith**
                                  **GEORGE C. SMITH, JUDGE**
                                  **UNITED STATES DISTRICT COURT**